EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Manuel García Tamayo | Queja<br><br>2001 TSPR 73 |

Número del Caso: 4613

Fecha: 28/marzo/2001

Oficina de Inspección de Notarías:

                          Lcda. Carmen H. Carlos
                          Directora

Abogado de la Parte Querellada:
                          Por Derecho Propio

Materia: Conducta Profesional
         (La suspensión es efectiva a partir del 15 de mayo de 2001, fecha en que se le
         notificó al abogado el Per Curiam y Sentencia)

       Este documento constituye un documento oficial del Tribunal Supremo que está
       sujeto a los cambios y correcciones del proceso de compilación y publicación
       oficial de las decisiones del Tribunal. Su distribución electrónica se hace
       como un servicio público a la comunidad.

EN El TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Manuel García Tamayo

                                          4613


                          PER CURIAM

San Juan, Puerto Rico a 28 de marzo de 2001


        El 26 de enero de 2000, este Tribunal suspendió indefinidamente al Lcdo. Manuel García Tamayo del ejercicio de la notaría por falta de pago de fianza notarial y ordenó la incautación de su obra notarial.[1]  Se le advirtió que el continuar incumpliendo con las órdenes de este Foro, podía acarrear sanciones más severas.

        Así las cosas, el 6 de diciembre de 2000 la Directora de Inspección de Notarías presentó su Informe en el cual señaló que la obra notarial del licenciado García Tamayo contenía        deficiencias        que,        a        pesar        de

---

[1]   In re Manuel García Tamayo, PC. De 26 de enero de 2000, 2000 JTS 58.

haber sido señaladas por ésta, aún estaban sin subsanar. Expresó, además, que tampoco había entregado el Registro de Testimonios.

En vista de lo anterior, el 20 de diciembre de 2000 emitimos una resolución mediante la cual concedimos al licenciado García Tamayo el término de diez (10) días para que procediera a entregar el Registro de Testimonios y corrigiese las deficiencias que aún subsisten en su obra notarial. Además, le indicamos que debería certificarnos el cumplimiento de lo aquí ordenado. Le apercibimos "que su incumplimiento con esta Resolución podr[ía] conllevar la suspensión del ejercicio de la abogacía."

Han pasado más de dos (2) meses desde que venció el término concedido y aún el licenciado García Tamayo no ha cumplido con nuestra resolución.

La conducta de un abogado de no cumplir con las órdenes del Tribunal Supremo, en relación con deficiencias en su obra notarial y requerimientos de la Oficina de Inspección de Notarías, no sólo demuestra desidia, dejadez y menosprecio al Tribunal sino que acarrea suspensión indefinida del ejercicio de la abogacía. Véase, In re Crespo Segarra, PC. de 11 de agosto de 1998, 98 JTS 118.

Por los fundamentos antes expuestos, se suspende al Lcdo. Manuel García Tamayo de forma inmediata y permanente de la práctica de la abogacía. Se ordena al Alguacil de este Tribunal que se incaute del Registro de Testimonios, debiendo entregar el mismo a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se le impone además el deber de corregir a su costo todas las deficiencias de su obra notarial, notificar a todos sus clientes de su presente inhabilidad como abogado, y les devuelva cualquiera honorarios recibidos por trabajos no realizados.

Finalmente, deberá certificarnos en treinta (30) días contados a partir de la notificación de la sentencia el cumplimiento de todos estos deberes.

Se dictará la correspondiente sentencia.

EN El TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Manuel García Tamayo

4613

SENTENCIA

San Juan, Puerto Rico a 28 de marzo de 2001

Por los fundamentos expuestos en la Per Curiam que antecede, se dicta sentencia suspendiendo al Lcdo. Manuel García Tamayo de forma inmediata y permanente de la práctica de la abogacía.  Se ordena al Alguacil de este Tribunal que se incaute del Registro de Testimonios, debiendo entregar el mismo a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Además, se le impone al licenciado García Tamayo el deber de corregir a su costo todas las deficiencias de su obra notarial, notificar a todos sus clientes de su presente inhabilidad como abogado, y les devuelva cualquiera honorarios recibidos por trabajos no realizados.

Finalmente, deberá certificarnos en treinta (30) días, contados a partir de la notificación de la sentencia, el cumplimiento de todos estos deberes.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo